PROB 12C  
(7/93)

Report Date: September 18, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy R. Stephens          Case Number: 2:15CR00013-RMP-1

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable James P. Donohue  
Name of Supervising Judicial Officer: The Honorable Chief Judge Rosanna Malouf Peterson

Date of Original Sentence: January 29, 2015

| | |
|---|---|
| Original Offense: | Driving While Under the Influence of Alcohol, 18 U.S.C. §§ 7 and 13 |
| Original Sentence: | Prison 45 days; TSR - 12 months |
| Asst. U.S. Attorney: | Pamela Jackson Byerly |
| Defense Attorney: | Federal Defenders |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 29, 2015

Date Supervision Expires: January 28, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

        **Supporting Evidence**: On or about September 7, 2015, Mr. Stephens submitted a presumptive positive urinalysis test for methamphetamine while being housed at a residential reentry center (RRC). The urine sample was sent to a laboratory for further testing. The urine sample returned from the laboratory and confirmed the positive test for methamphetamine.

2     **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The undersigned officer received notice from Kevin Camp, director at the RRC advising they are terminating Mr. Stephens from the RRC program today (September 18, 2015.) Specifically, he is being removed due to continued non-compliance that includes the positive urinalysis test for methamphetamine, as well as numerous rule violations since Mr. Stephens entered the facility on or about August 17, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2015

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/18/2015

Date